UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL NO. **1:CV-00-1763** |
| Plaintiff | (Judge Rambo) |
| v. | (Magistrate Judge Smyser) |
| 66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE; UNKNOWN OWNERS; and LAWRENCE J. KEATING, ESQUIRE, | FILED HARRISBURG, PA  FEB 0 8 2002  MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |
| Defendants | |

### ORDER

AND NOW, this 8th day of February, 2002, **IT IS HEREBY ORDERED** that paragraph 7(c) of the Case Management Order filed on April 20, 2001 is amended to add the following sentence: "Counsel shall submit as an attachment to their pretrial memoranda a list of any proposed voir dire questions they intend to ask, or have the court ask, during voir dire."

J. Andrew Smyser
Magistrate Judge

Dated: February 8, 2002.

AO 72A
(Rev.8/82)