

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL NO. **1:CV-00-1763** |
| Plaintiff | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| 66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE; UNKNOWN OWNERS; and LAWRENCE J. KEATING, ESQUIRE, | : | |
| Defendants | : | |

### ORDER

The parties were given a deadline of December 31, 2001 to state that they consent to proceed before a magistrate judge or that they do not consent. We have not received a statement of consent from the parties. Therefore, **IT IS ORDERED** that the pretrial conference set for May 16, 2002 and the jury selection and trial set for June 3, 2002 are **CANCELED**.

                                                                J. Andrew Smyser
                                                                Magistrate Judge

Dated:  February  _15_, 2002.

AO 72A
(Rev.8/82)