IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL NO. 1:CV-00-1763 |
| **Plaintiff** | |
| v. | |
| **66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE; UNKNOWN OWNERS; and LAWRENCE J. KEATING, ESQUIRE,** | |
| **Defendants** | |



FILED
FEB 1 9 2002
PER_____
HARRISBURG, PA   DEPUTY CLERK

### ORDER

This court has been advised that the parties to the captioned action have not consented to proceed before the magistrate judge. Accordingly, **IT IS HEREBY ORDERED THAT**:

1) The case is placed on this court's July 2002 trial list. Jury selection for cases on the July list will begin at 9:30 a.m. on Monday, July 1, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

2) Pretrial memoranda shall be filed on or before **noon on June 20, 2002**, in conformity with the local rules.

3) The pretrial conference will be held on **Thursday, June 27, 2002, at 10:00 a.m.** in the Judicial Conference Room adjacent to the chambers of Courtroom No. 3.

4) Motions in limine, if any, accompanied by supporting briefs shall be filed no later than June 3, 2002.

5) All other deadlines set forth in orders of Magistrate Judge Smyser remain unaltered.

                                             /s/ Sylvia H. Rambo
                                             SYLVIA H. RAMBO
                                             United States District Judge

Dated: February 19, 2002.