

2 to Crt
w/order

**ORIGINAL**

3-12-02
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| | : | CIVIL NO. 1:CV-00-1763 |
| v. | : | |
| | : | (JUDGE RAMBO) ✓ |
| 66.84 ACRES OF LAND, MORE OR | : | (MAGISTRATE JUDGE SMYSER) |
| LESS, SITUATE IN SOUTH | : | |
| NEWTON AND SOUTHAMPTON | : | |
| TOWNSHIPS, CUMBERLAND | : | |
| COUNTY, COMMONWEALTH | : | FILED |
| OF PENNSYLVANIA; | : | HARRISBURG |
| TUMBLING RUN GAME | : | |
| PRESERVE UNKNOWN | : | MAR 11 2002 |
| OWNERS; AND | : | |
| LAWRENCE J. KEATING, | : | MARY E. D'ANDREA, CLERK |
| ESQUIRE, | : | Per B |
| Defendants. | : | DEPUTY CLERK |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff United States of America, by and through Martin C. Carlson, United States Attorney for the Middle District of Pennsylvania, and the undersigned Assistant United States Attorney, hereby ask the Court to extend the time for the exchange of expert reports and, if necessary, the date of trial, and in support thereof, state as follows:

1. Responsibility for the litigation of this matter was transferred to the undersigned in late February;

2. After assuming responsibility for this matter, undersigned counsel for the government learned that the parties had not exchanged expert reports (appraisals) within the deadline previously established by the Court, that is, January 15, 2001;

3. Up to and including that time, the parties were engaged in settlement discussions which are expected to resolve this matter without further litigation;

4. The parties are still hopeful that the matter will be resolved without the need for a trial, however, counsel wish the court to be aware of the absence of expert reports at this time;

5. Undersigned counsel for the government, after consultation with the National Park Service, believes that sixty days would permit enough time to retain the expert and receive the new appraisal. Upon exchange of the reports, the parties may wish to depose the experts;

6. Counsel wishes to reiterate that the parties expect that a settlement will be reached in this matter, but those discussions have not yet concluded;

7. Counsel also wishes to apologize to the Court for the inconvenience this has causes and wishes to assure the Court that their failure to exchange reports was a reflection of the high expectation that a settlement could be reached and was in no way intended to indicate a lack of attention to the Court's order.

WHEREFORE, the United States respectfully asks the Court to grant this motion.

        Respectfully submitted,

        MARTIN C. CARLSON
        United States Attorney

        _____
        ANNE K. FIORENZA
        Assistant United States Attorney
        Federal Building, 2nd Floor
        228 Walnut Street, PO Box 11754
        Harrisburg, PA  17108-1754
        Phone:  717-221-4482
        Fax:  717-221-2246

DATED:  March 11, 2002

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

Counsel certifies that she sought concurrence from Defendant's counsel, Lawrence Keating, Esquire, and will amend the certificate once he has had an opportunity to respond.

*Mary Catherine Frye* for
ANNE K. FIORENZA
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>            v.<br><br>66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE UNKNOWN OWNERS; AND LAWRENCE J. KEATING, ESQUIRE,<br>    Defendants. | CIVIL NO. 1:CV-00-1763<br><br>(JUDGE RAMBO)<br>(MAGISTRATE JUDGE SMYSER) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 11th day of March, 2002, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the persons hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Lawrence J. Keating, Esquire
Growth Capital Resources.com, LLC
80 Abbeyville Road
Lancaster, PA 17603

_____
REBECCA A. PLESIC
Legal Assistant