IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : <br> : <br> : CIVIL NO. 1:CV-00-1763 <br> v.        : <br> : (JUDGE RAMBO) <br> : (MAGISTRATE JUDGE SMYSER) <br> 66.84 ACRES OF LAND, MORE OR : <br> LESS, SITUATE IN SOUTH : <br> NEWTON AND SOUTHAMPTON : <br> TOWNSHIPS, CUMBERLAND : <br> COUNTY, COMMONWEALTH : <br> OF PENNSYLVANIA; : <br> TUMBLING RUN GAME : <br> PRESERVE UNKNOWN : <br> OWNERS; AND : <br> LAWRENCE J. KEATING, : <br> ESQUIRE, : <br> Defendants. : |



## ORDER

Now this ___13___ day of ___march___, 2002, IT IS HEREBY ORDERED THAT

1. the unopposed motion of the government is granted; and

2. expert reports shall be exchanged on or before May 15, 2002.

*/s/ Sylvia H. Rambo*