*2d.*

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>　　v.<br><br>66.84 ACRES OF LAND, MORE OR<br>LESS, SITUATE IN SOUTH<br>NEWTON AND SOUTHAMPTON<br>TOWNSHIPS, CUMBERLAND<br>COUNTY, COMMONWEALTH<br>OF PENNSYLVANIA;<br>TUMBLING RUN GAME<br>PRESERVE UNKNOWN<br>OWNERS; AND<br>LAWRENCE J. KEATING,<br>ESQUIRE,<br>　　　　Defendants. | CIVIL NO. 1:CV-00-1763<br><br>(JUDGE RAMBO)<br>(MAGISTRATE JUDGE SMYSER) |



## AMENDED CERTIFICATE OF CONCURRENCE

Counsel certifies that she contacted Lawrence J. Keating, and that he concurs in Plaintiff's Motion for Enlargement of Time.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANNE K. FIORENZA
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: March 15, 2002