ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| | : | CIVIL NO. 1:CV-00-1763 |
| v. | : | (Rambo, J.) |
| | : | (Smyser, M.J.) |
| 66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA, and | : | Tract 372-01 |
| TUMBLING RUN GAME PRESERVE, and | : | |
| UNKNOWN OWNERS | : | |
| Defendants | : | |

WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the United States in the above-captioned matter.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

MARY CATHERINE FRYE,
CIVIL CHIEF
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108
(717) 221-4482

Dated: 4/12/02

ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States in the above-captioned matter.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

_____
ANNE K. FIORENZA
Assistant U.S. Attorney
P.O. Box 11754
Harrisburg, PA 17108
(717) 221-4482

Dated: 4/12/02