IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL NO. 1:CV-00-1763 |
| Plaintiff | |
| v. | |
| **66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE; UNKNOWN OWNERS; and LAWRENCE J. KEATING, ESQUIRE,** | |
| Defendants | |



## ORDER

**IT IS HEREBY ORDERED THAT** the pretrial conference in the captioned action is **rescheduled** from June 27, 2002, to June 28, 2002 at 1:30 p.m. All other deadlines remain unchanged.

SYLVIA H. RAMBO
United States District Judge

Dated: May 21, 2002.