

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff | : : : | |
| v. | : : : | CIVIL NO. 1:CV-00-1763<br>(Rambo, J.)<br>(Smyser, M.J.) |
| 66.84 ACRES OF LAND, MORE OR<br>LESS, SITUATE IN SOUTH NEWTON<br>AND SOUTHAMPTON TOWNSHIPS,<br>CUMBERLAND COUNTY, COMMONWEALTH<br>OF PENNSYLVANIA,<br>        and | : : : : : : : | Tract 372-01 |
| TUMBLING RUN GAME PRESERVE,<br>        and | : : : | |
| UNKNOWN OWNERS<br>        Defendants | : : | |

### The United States' Motion in Limine to Exclude Evidence

Plaintiff United States of America, by and through its undersigned attorneys, hereby moves this Court to exclude certain categories of evidence, both documents and testimony, from the trial of this matter. Plaintiff believes and therefore avers that defendant will seek to introduce certain evidence not relevant to the issues remaining to be tried, including but not limited to:

1. Evidence of the Secretary's site selection process;
2. Evidence of Defendant's proposed alternative sites;
3. Evidence of settlement discussions and proposals;
4. Evidence of pre-suit negotiations; and
5. Evidence related to any issue resolved by the Court's

order of June 14, 2001.

A brief in support of this motion is filed concurrent herewith.

                                Respectfully submitted,

                                THOMAS A. MARINO
                                UNITED STATES ATTORNEY

                                */s/ Anne K. Fiorenza*
                                ANNE K. FIORENZA
                                Assistant U.S. Attorney
                                228 Walnut Street
                                Harrisburg, PA 17108
Dated: June 3, 2002               (717)221-4482

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff | : | |
| | : | CIVIL NO. 1:CV-00-1763 |
| 　　　v. | : | (Rambo, J.) |
| | : | (Smyser, M.J.) |
| 66.84 ACRES OF LAND, MORE OR<br>LESS, SITUATE IN SOUTH NEWTON<br>AND SOUTHAMPTON TOWNSHIPS,<br>CUMBERLAND COUNTY,<br>COMMONWEALTH<br>OF PENNSYLVANIA,<br>　　　　　and | :<br>:<br>:<br>:<br>:<br>:<br>: | Tract 372-01 |
| TUMBLING RUN GAME PRESERVE,<br>　　　　　and | :<br>:<br>: | |
| UNKNOWN OWNERS | : | |
| 　　　　　Defendants | : | |

**CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

I , Anne K. Fiorenza, hereby certify that I have conferred with Larry Keating, counsel for defendant Tumbling Run Game Preserve, regarding the instant motion and he objects to the motion.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THOMAS A. MARINO
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　*Anne K. Fiorenza*
　　　　　　　　　　　　　　　　ANNE K. FIORENZA
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　228 Walnut Street
　　　　　　　　　　　　　　　　P.O. Box 11754
　　　　　　　　　　　　　　　　Harrisburg, PA 17108-1754
　　　　　　　　　　　　　　　　(717) 221-4482