44
6-4-02
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL NO. 1:CV-00-1763 |
| Plaintiff | |
| v. | |
| **66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE; UNKNOWN OWNERS; and LAWRENCE J. KEATING, ESQUIRE,** | |
| Defendants | |



FILED
JUN 0 4 2002
PER ____
HARRISBURG, PA DEPUTY CLERK

### O R D E R

Upon consideration of Plaintiff's motion for an expedited settlement conference, **IT IS HEREBY ORDERED THAT**:

1) The motion is granted.

2) This case is referred to the Honorable J. Andrew Smyser, United States Magistrate Judge, for purposes of conducting a settlement conference.

3) The settlement conference will be held on June 24, 2002, at 3:00 p.m. in room 1110, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

4) The deadlines for filing pretrial memoranda and briefing on any pending motions *in limine* are suspended.

5) The June 28, 2002 pretrial conference is canceled and this case is removed from the July 2002 trial list.

6) The case management deadlines will be reestablished and this case will be placed on the August 2002 trial list if settlement is not achieved.

SYLVIA H. RAMBO
United States District Judge

Dated: June 4, 2002.