IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       :
    Plaintiff       :
                                :
                                :       No. 1:cv-00-1763
                                :       (Rambo, J.)
66.84 ACRES OF LAND, MORE OR    :       (Smyser)
LESS, SITUATE IN SOUTH NEWTON   :
AND SOUTHAMPTON TOWNSHIPS,      :
CUMBERLAND COUNTY,              :
COMMONWEALTH OF PENNSYLVANIA,   :       Tract 372-01
                                :
    and       :
                                :
TUMBLING RUN GAME PRESERVE,     :
                                :
    and       :
                                :
UNKNOWN OWNERS                  :
    Defendants       :

FILED
HARRISBURG, PA

JUN 1 1 2002

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

## PRAECIPE TO WITHDRAW COMMONWEALTH OF PENNSYLVANIA AS A PARTY

TO THE CLERK:

Kindly withdraw the Commonwealth of Pennsylvania as a party of interest in

this action. After investigation, it has been determined that the Commonwealth has

no interest in the property which is the subject of this land condemnation action.

Respectfully submitted,

**D. MICHAEL FISHER**
Attorney General

BY: _MICHAEL L. HARVEY_
MICHAEL L. HARVEY
Senior Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

15th Floor, Strawberry Square
Harrisburg, PA 17120
PHONE: (717) 783-6896
FAX: (717) 772-4526

DATE: June 11, 2002

## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff** | : | |
| | : | |
| | : | **No. 1:cv-00-1763** |
| | : | **(Rambo, J.)** |
| **66.84 ACRES OF LAND, MORE OR** | : | **(Smyser)** |
| **LESS, SITUATE IN SOUTH NEWTON** | : | |
| **AND SOUTHAMPTON TOWNSHIPS,** | : | |
| **CUMBERLAND COUNTY,** | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | **Tract 372-01** |
| | : | |
| **and** | : | |
| | : | |
| **TUMBLING RUN GAME PRESERVE,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **UNKNOWN OWNERS** | : | |
| **Defendants** | : | |

### CERTIFICATE OF SERVICE

I, Michael L. Harvey, Senior Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing, Praecipe to Withdraw Commonwealth of Pennsylvania as a Party by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA, addressed to the following:

Anne K. Fiorenza
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Suite 217
Harrisburg, PA 17108

Lawrence J. Keating
1533 Quarry Lane
Lancaster, PA 17603

Pat Jackson
South Newton Township Tax Collector
717 East Main Street
Box 57
Walnut Bottom, PA 17266-0057

Vivian Coy
Southampton Township Tax Collector
110 Railroad Land
Shippensburg, PA 17257

**MICHAEL L. HARVEY**
**SENIOR DEPUTY ATTORNEY GENERAL**

**DATE:  June 11, 2002**