1 to Ct + Stats

47
6-27-
SC

# MINUTE SHEET OF PROCEEDINGS BEFORE
## J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE
### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | | Civil No. | |
|---|---|---|---|
| USA v. 66.84 ACRES OF LAND | | 1:00-CV-1763 | REFERRAL - Settlement |

| Proceeding: | Settlement Conference |
|---|---|

| Set For: | June 24, 2002 | At: | 3:00 p.m. |
|---|---|---|---|

| Time Commenced: | 3:00 P.M. | Time Terminated: | 4:40 P.M. |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Anne Fiorenza, AUSA<br>Kim Stevens, Paralegal<br>Don King, Park Service<br>Pam Underhill, Park Service | Lawrence Keating, Esquire<br>Dr. David Masland<br>Dr. John Coyle<br>Sgt. Douglas McKinney, Gettysburg Police |

**REMARKS:**

SETTLEMENT CONFERENCE.
THE CASE DID NOT SETTLE.

FILED
HARRISBURG, PA

JUN 25 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O:\Smyser\APPLEBY\Minute Sheets\061300 Form