IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff**<br>v.<br>**66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA; TUMBLING RUN GAME PRESERVE; UNKNOWN OWNERS; and LAWRENCE J. KEATING, ESQUIRE,**<br>**Defendants** | **CIVIL NO. 1:CV-00-1763** |



## O R D E R

This court has received the report by the magistrate judge that the settlement conference held June 24, 2002 in the captioned action did not result in settlement. Accordingly, **IT IS HEREBY ORDERED THAT**:

    1) The stay is lifted.

    2) The government may file a reply brief in further support of its motion *in limine* no later than July 17, 2002.

    3) Pretrial memoranda shall be filed no later than noon on July 26, 2002 in conformity with the local rules.

    4) The pretrial conference will be held at 9:00 a.m. on Friday, August 2, 2002, in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

5) This case is placed on the August 2002 trial list. Jury selection for cases on the August list will begin at 9:30 a.m. on Monday, August 5, 2002, in Courtroom No. 3. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

SYLVIA H. RAMBO
United States District Judge

Dated: July 8, 2002.