Case No: 1:00-cv-1763    Document No: 48,    1 Cop

Ms. Pat Jackson
South Newton Township Tax Collector
717 East Main Street
Box 57
Walnut Bottom, PA 17266

*Remailed* 7/18/02

FILED
HARR~~~~~~~~

JUL 1  02

MARY E. ~~~~~~
Per ~~~~~~~~~

RETURN TO SENDER

SOUTO57* 1726630007 1601 13 07/13/02
FORWARD TIME EXP RTN TO SEND
:SOUTH NEWTON TAX COLLECTOR
311 HIGH MOUNTAIN RD-7-9663
SHIPPENSBURG PA 17257-9663

U.S. OFFICIAL MAIL
U.S. POSTAGE
$0.370

PENALTY
FOR
PRIVATE
USE $300

METER 536023

HARRISBURG
07-08-02
PA

The U. S. District Court for the Middle District of PA
established a Fax/Noticing Program effective 2/1/02.
To participate in the program, and receive notices of
and judgments by electronic means, please complet
authorization form attached.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS