IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | : | |
| | : | CIVIL NO. 1:CV-00-1763 |
| v. | : | (Rambo, J.) |
| | : | (Smyser, M.J.) |
| 66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA, | : | Tract 372-01 |
| and | : | |
| TUMBLING RUN GAME PRESERVE, | : | |
| and | : | |
| UNKNOWN OWNERS | : | |
| 　　　　Defendants | : | |

FILED
AUG - 2 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK

## FINAL JUDGMENT

Before the Court is a Stipulation for Judgment as to Just compensation for the property identified as Tract 372-01 as described in Schedule "B" to the Complaint in Condemnation filed in this action.

The Court, having considered the Stipulation for Judgment by and between the Plaintiff, the United States of America, and Defendant, Tumbling Run Game Preserve, hereby makes the following findings:

　　1. That the United States of America has filed a complaint in Condemnation in which it

seeks to take, under authority of its power of eminent domain, the fee simple title, subject to existing easements for public roads and highways, public utilities, railroad and pipeline, as is more fully described in Schedule "B" to the Complaint filed herein, in the property defined as Tract 372-01, containing 66.84 acres;

2. That title to the 66.84 acres described as Tract 372-01 in Schedule "B" to the Complaint in Condemnation is vested in Tumbling Run Game Preserve;

3. That full and just compensation for the Property described as Tract 372-01 in Schedule "B" to the Complaint in Condemnation is $212,000;

4. That no other landowners have been identified or appeared;

5. That all real estate taxes for the current tax year are fully paid and the County of Cumberland has no claim to the just compensation paid in this case.

NOW, THEREFORE, it appearing that this proceeding has been regularly conducted and that all necessary parties to this action have been served;

IT IS ADJUDGED, ORDERED AND DECREED that the full compensation for the taking of the fee simple title, subject to existing easements for public roads and highways, public utilities, railroads and pipelines, as is more fully described in Schedule "B" attached hereto, is the sum of $212,000.00, and that upon the payment of $212,000.00 into the registry of the Court, title to this tract of land shall vest in the United States free and discharged of all claims and liens of every kind whatsoever, and the said sum, plus any interest that may accrue while held in the

registry, shall be distributed by the Clerk of this Court as indicated below in the following amounts:

        Lawrence J. Keating, Esquire
        Tumbling Run Game Preserve
        1533 Quarry Lane
        Lancaster, PA 17603        $212,000.00

Date: 8/2/02

Sylvia Rambo, United States District Judge