(54)

# JUDGE'S COPY

```
Fri Aug  9 14:43:35 2002

    UNITED STATES DISTRICT COURT
         SCRANTON    , PA

Receipt No.   111 136986
Cashier          jill

Tender Type  CHECK

Check Number: 2049 65099509

Transaction Type   C

Case No./Def No. 3:00-CV-1763  /  1

D0 Code    Div No     Acct
 4667        1       604700

Amount          $ 212000.00

U.S. TREASURY PHILADELPHIA, PA

SATISFACTION OF JUDGMENT ENTERED 8/2
/02 IN 1:CV-00-1763
```

1:CV-00-1763

FILED
HARRISBURG PA

AUG 09 2002

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk