

2 Ct

55
8/12/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff** | CIVIL NO. 1:CV-00-1763<br>(Rambo, J.)<br>(Smyser, M.J.) |
| v. | |
| 66.84 ACRES OF LAND, MORE OR LESS, SITUATE IN SOUTH NEWTON AND SOUTHAMPTON TOWNSHIPS, CUMBERLAND COUNTY, COMMONWEALTH OF PENNSYLVANIA, | Tract 372-01 |
| and | **FILED**<br>HARRISBURG, PA |
| TUMBLING RUN GAME PRESERVE, | AUG 0 9 2002 |
| and | MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| UNKNOWN OWNERS | |
| **Defendants** | |

### CLERK'S RECEIPT

Received of the Plaintiff, United States of America, United States Treasury Check No. __2049 65099509__, in the sum of Two Hundred Twelve Thousand Dollars ($212,000.00), payable to the Clerk of the Court, United States District Court for the Middle District of Pennsylvania, dated __August 5, 2002__, in satisfaction of the judgment entered herein on __August 2, 2002__.

Clerk for the United States District Court
for the Middle District of Pennsylvania

By: _____

Date: 8-9-02

# United States Treasury

15-51 / 000   P 643,403,344

Check No.

08 05 02   48   PHILADELPHIA, PA   2049 65099509
14100099        M1   NPS        M020004193 35210

Pay to the order of:
CLERK USDC MIDDLE DIST OF PA
C/O LAND ACQ OFC
PO BOX 908
MARTINSBURG WV 25401

$*212000*00

VOID AFTER ONE YEAR

Michael Colnmer
REGIONAL DISBURSING OFFICER

MR2541-9-0008 TRACT 372-01

⑈20493⑈ ⑆000000518⑆ 65099509⑈ 010802